IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT WATJEN, ET AL., <br>     PLAINTIFFS, <br>         V. <br> PENN CENTRAL, <br>     DEFENDANT. | CASE NO.: 69-675 |
| MICHAEL J. KNAPIK, ET AL., <br>     PLAINTIFFS, <br>         V. <br> PENN CENTRAL, <br>     DEFENDANT. | CASE NO.: 69-722 |
| DAVID C. BUNDY, ET AL., <br>     PLAINTIFFS, <br>         V. <br> PENN CENTRAL, <br>     DEFENDANT. | CASE NO.: 69-947 |
| G. V. SOPHNER, ET AL., <br>     PLAINTIFFS, <br>         V. <br> PENN CENTRAL, <br>     DEFENDANT. | CASE NO.: 74-914 <br><br> JUDGE SOLOMON OLIVER, JR. <br><br> <u>PLAINTIFFS' MOTION TO REINSTATE AND CONFIRM ARBITRATION AWARD</u> |

    The Plaintiffs' respectfully move this Court to enter an Order confirming the Award of the Arbitration Panel dated July 30, 2009 [Exhibit A] as upheld in the Decision of the Surface Transportation Board (hereinafter the "STB") dated January 6, 2011 [Exhibit B] in its entirety and with the award of interest as indicated by the STB.

Plaintiffs in this matter are former railroad workers who filed lawsuits against the Defendants for wage guarantees and benefits to which they were entitled under the 1964 Merger Protection Agreement implementing the terms of consolidation between the New York Central and Pennsylvania Railroads. On or about 1979 the Defendants petitioned the Court to send the cases to binding arbitration. The Plaintiffs opposed that Motion. The Court ordered the parties to binding arbitration in 1979. The instant arbitration occurred in December of 2007. The Arbitration Panel issued its decision in favor of the Plaintiffs in July 2009. One day later the Plaintiffs filed a Motion to Confirm that Award. On August 19, 2009 the Defendants appealed the Arbitration Award to the STB and argued that the District Court did not have jurisdiction to confirm the Arbitration Award until the appeal of the Award was concluded. This Court agreed and ordered the parties to "notify this Court at the conclusion of the STB appeal and/or the appellate process."

On or about January 6, 2011 the STB affirmed the Arbitration Award to Plaintiffs. Pursuant to 28 U.S.C. §2344, Defendants had sixty days to appeal the STB Decision to the Circuit Court. The appeal period has expired and the Defendants have chosen not to exercise their appellate rights. Accordingly the Plaintiffs move this Court to reinstate Plaintiffs' prior Motion to Confirm Arbitration Award and to confirm and reduce to judgment the Arbitration Award as indicated in the Proposed Order attached hereto and incorporated herein.

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT WATJEN, ET AL.,<br>    PLAINTIFFS,<br>        V.<br>PENN CENTRAL,<br>    DEFENDANT. | CASE NO.: 69-675 |
| MICHAEL J. KNAPIK, ET AL.,<br>    PLAINTIFFS,<br>        V.<br>PENN CENTRAL,<br>    DEFENDANT. | CASE NO.: 69-722 |
| DAVID C. BUNDY, ET AL.,<br>    PLAINTIFFS,<br>        V.<br>PENN CENTRAL,<br>    DEFENDANT. | CASE NO.: 69-947 |
| G. V. SOPHNER, ET AL.,<br>    PLAINTIFFS,<br>        V.<br>PENN CENTRAL,<br>    DEFENDANT. | CASE NO.: 74-914<br><br>JUDGE SOLOMON OLIVER, JR. |

Now pending before this Court is the Plaintiffs' Motion to Reinstate and Confirm Arbitration Award in these consolidated cases issued on July 30, 2009, incorporated and attached hereto as Exhibit A, as affirmed by the Surface Transportation Board in its Decision dated January 6, 2011, Pennsylvania Railroad Company – Merger – New York Central Railroad Company Docket No. FD 21989 incorporated and attached hereto as Exhibit B

Per the terms of this Court's prior Order of March 10, 2010, this matter is now reinstated, the appellate review process having concluded by the Defendants' waiver of their appeal to the

Circuit Court of the Decision of the Surface Transportation Board. This Court adopts and confirms in their entirety the Arbitration Award issued in the matter pursuant to the Federal Arbitration Act 9 U.S.C. §9 as modified by the Surface Transportation Board with the following addition. The Arbitration Panel ordered the claimants to update the prejudgment interest award from December 31, 2007 to the date of the award. *See* Award Exhibit A at 177. The Surface Transportation Board further ordered that the Plaintiffs are entitled to interest for the time elapsed since the prior interest calculation. See Decision Exhibit B at 25.

The Plaintiffs have supplied those additional interest figures based on the prime rate compounded quarterly, the method used by the Panel and approved by the Surface Transportation Board.

Accordingly, the following awards for each claimant are confirmed into judgment as follows:

| Knapik Claimants 69-722 | Personal Representatives | Displacement Allowance (with pensions) | Prejudgment Interest Prime Rate (thru 03/31/2011) | Total Judgment |
|---|---|---|---|---|
| Acre, Jack | Berk, Gerald | 10,556 | 334,855 | 345,411 |
| Benko, Edward | Berk, Gerald | 123,110 | 2,648,437 | 2,771,547 |
| Day, Ken | Day, Ken Jr. | 48,267 | 1,233,957 | 1,282,224 |
| Doran, Harvey | Berk, Gerald | 12,210 | 362,701 | 374,911 |
| Gastony, Joseph | Berk, Gerald | 16,632 | 437,305 | 453,937 |
| Gentile, George | Berk, Gerald | 7,562 | 232,988 | 240,550 |
| Norris, George | Polson, Catherine | 50,156 | 129,2696 | 1,342,852 |
| Steimle, Christ | Steimle, Christ III | 3,540 | 107,642 | 111,182 |
| Tomczak, Clarence | Berk, Gerald | 52,667 | 130,7978 | 1,360,645 |
| Uher, Frank | Gath, Judith | 23,560 | 698,467 | 722,027 |

| Sophner Claimants 74-914 | Personal Representatives | Displacement Allowance (with pensions) | Prejudgment Interest Prime Rate (thru 03/31/2011) | Total Judgment |
|---|---|---:|---:|---:|
| Bilinsky, William | Bilinsky, Theresa | 2,293 | 55,706 | 57,999 |
| Crtalic, Joseph | Crtalic, Judy | 2,959 | 69974 | 72,933 |
| Foecking, Paul | Berk, Gerald | 13,767 | 207,721 | 221,488 |
| Gallagher, John | N/A | 3,053 | 91,999 | 95,052 |
| Janke, Gus | Berk, Gerald | 4,146 | 109,345 | 113,491 |
| Jarabeck, Joseph | Tomsik, Donald | 3,557 | 40,272 | 43,829 |
| Kochenderfer, E.W. | Rossman, Susan | 6,784 | 164,544 | 171,328 |
| McLaughlin, Patrick | Violini, John Jr. | 34,433 | 874,132 | 908,565 |
| McNeely, Robert | Donna L. Quellos | 5,146 | 113,618 | 118,764 |
| Novotny, Andrew | N/A | 2,195 | 54,086 | 56,281 |
| Opalk, Martin | Campbell, Donna | 9,469 | 241,867 | 251,336 |
| Pentz, L. S. | Pentz-Kirchener, Ann Marie | 5,397 | 125,340 | 130,737 |
| Schreiner, Robert | Rich, Linda | 20,815 | 541,796 | 562,611 |
| Scuba, Paul | Scuba, Paul W. | 12,892 | 323,751 | 336,643 |
| Sophner, George | Berk, Gerald | 16,738 | 451,883 | 468,621 |
| Sowinski, Peter | Oleksak, Donna | 9,100 | 219,814 | 228,914 |

| Watjen Claimants 69-675 | Personal Representative | Separation Allowance | Prejudgment Interest Prime Rate (thru 03/31/2011) | Total Judgment |
|---|---|---|---|---|
| Franz, Phillip | N/A | 10,473 | 305,248 | 315,721 |
| O'Neil, Thomas | N/A | 10,406 | 301,275 | 311,681 |
| Watjen, Robert | Watjen, Judith | 10,950 | 317,012 | 327,962 |
| Wilger, Ana Mae | Stone, Joyce W. | 10,435 | 310,285 | 320,720 |

| Bundy Claimants 69-947 | | Separation Allowance | Prejudgment Interest Prime Rate (thru 03/2011) | Total Judgment |
|---|---|---|---|---|
| Bundy, David | Berk, Gerald | 10,793 | 312,460 | 323,253 |
| Feldscher, James | Berk, Gerald | 10,759 | 307,264 | 318,023 |

IT IS SO ORDERED.

_____
JUDGE SOLOMON OLIVER

Respectfully submitted,

*/s/ Carla M. Tricarichi*
Carla M. Tricarichi (0014164)
Counsel for Plaintiffs
Tricarichi & Carnes, L.L.C.
23600 Commerce Park, Suite A
Beachwood, OH 44122
Phone: 216-378-9550
Fax: 216-378-9557
E-mail:ctricarichi@aol.com

Mark Griffin (0064141)
Thorman & Hardin - Levine Co. LPA
1220 West Sixth Street, Suite 207
Cleveland, Ohio 44113
Phone : (216) 621-9767
E-mail : mgriffin@thllaw.com

Randy J. Hart (0046793)
23600 Commerce Park, Suite A
Beachwood, OH 44122
Phone: 216-378-9550
Fax: 216-378-9557
E-mail:rjhart@hahnlaw.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent by regular U.S. Mail and electronic mail to:

Michael L. Cioffi
cioffi@blankrome.com
Nathaniel R. Jones
Jason Groppe
Blank Rome, LLP
1700 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

on this 20th day of April, 2011.

*/s/ Carla M. Tricarichi*
Carla M. Tricarichi
Attorney for Plaintiffs