UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WATJEN, *et al.*, Plaintiffs, | : | Case No. 69-675 |
| | : | |
| *v.* | | |
| | : | |
| PENN CENTRAL, Defendant. | : | |
| | : | Case No. 69-722 |
| MICHAEL J. KNAPIK, *et al.*, Plaintiffs, | : | |
| | : | |
| *v.* | : | |
| PENN CENTRAL, Defendant. | : | Case No. 69-947 |
| | : | |
| DAVID C. BUNDY, et al., Plaintiffs, | : | |
| | : | |
| *v.* | : | Case No. 74-914 |
| PENN CENTRAL, Defendant. | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| G.V. SOPHNER, *et al.*, Plaintiffs, | : | |
| | : | **SATISFACTION OF JUDGMENT** |
| *v.* | : | |
| PENN CENTRAL, Defendant. | : | |

WHEREAS, by Order entered on May 20, 2011 (ECF doc. 15 in No. 69-675, ECF doc. 14 in No. 69-722, ECF doc. 14 in No. 69-947, and ECF doc. 14 in No. 74-914) the Court confirmed into judgment the Arbitration Award attached as Exhibit A thereto as modified on appeal by the Surface Transportation Board in Exhibit B thereto (the "Judgment");

1

WHEREAS, the Surface Transportation Board ordered that the Plaintiffs are entitled to prejudgment interest for the time elapsed since the prior interest calculation;

WHEREAS, the Judgment included prejudgment interest calculated through March 31, 2011;

WHEREAS, the United States District Court for the Eastern District of Pennsylvania in *In the Matter of Penn Central Transportation Company*, No. 74-347 on August 28, 2012 (ECF docs. 18802, 18803, and 18804) enforced the Judgment against the Reorganized Company, American Premier Underwriters, Inc., which order was affirmed on appeal by the United States Court of Appeals for the Third Circuit on August 14, 2013 in *In the Matter of Penn Central Transportation Company*, No. 12-3807 (ECF docs. 003111357008, 003111357014, and 003111357021);

WHEREAS, American Premier Underwriters, Inc. has fully paid the Judgment including prejudgment interest updated from April 1, 2011 through May 20, 2011 (the entry of the Judgment) via 32 separate checks payable to each Plaintiff and Plaintiff's counsel; and

WHEREAS, there are no outstanding executions;

NOW, THEREFORE, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction of the Judgment on the docket of each action.

Respectfully submitted,

*/s/ Carla M. Tricarichi*
Carla M. Tricarichi (0014164)
TRICARICHI & CARNES, L.L.C.
23600 Commerce Park, Suite A
Beachwood, OH 44122
Telephone: 216-378-9550
Facsimile: 216-378-9557
Email: ctricarichi@aol.com

Mark Griffin (0064141)
THORMAN PETROV GRIFFIN CO., LPA
3100 Terminal Tower
50 Public Square
Cleveland, OH 44113
Telephone: 216-621-3500
Facsimile: 216-621-3422
Email: mgriffin@tpgfirm.com

Randy J. Hart (0043793)
RANDY J. HART, LLP
23600 Commerce Park
Beachwood, OH 44139
Telephone: 216-978-9150
Facsimile: 216-373-4943
Email: randyjhart@gmail.com